## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Koons, Dale T
        Koons, Julia L
        Printed: 2/26/08

Case Number:  07 B 15196
Judge:  Squires, John H
Filed:  8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 16, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,823.66 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,725.18 |
| Trustee Fee: |  | 98.48 |
| Other Funds: |  | 0.00 |
| Totals: | 1,823.66 | 1,823.66 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,123.00 | 1,725.18 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 20,978.51 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 3,231.22 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 642.52 | 0.00 |
| 6. | Nicor Gas | Unsecured | 1,446.60 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 750.00 | 0.00 |
| 8. | AFNI | Unsecured |  | No Claim Filed |
| 9. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 10. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 11. | Centrix Financial A/K/A FlatIron Fin | Unsecured |  | No Claim Filed |
| 12. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 13. | Cache Inc | Unsecured |  | No Claim Filed |
| 14. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 15. | H&F Law | Unsecured |  | No Claim Filed |
| 16. | HSBC Auto Finance | Unsecured |  | No Claim Filed |
| 17. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 18. | KS Counselors | Unsecured |  | No Claim Filed |
| 19. | H&F Law | Unsecured |  | No Claim Filed |
| 20. | Professional Account Management | Unsecured |  | No Claim Filed |
| 21. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,171.85 | $ 1,725.18 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Koons, Dale T

Koons, Julia L

Printed: 2/26/08

Case Number:  07 B 15196

Judge:  Squires, John H

Filed:  8/21/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 98.48 |
| | _____ |
| | $ 98.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

